UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL MITCHELL

v.

WARDEN GEORGE WEZNER, et al.

Case No.   PRISONER
3:02CV764 (JBA) (JGM)

## RULING AND ORDER

The defendants seek a court order directing the plaintiff to revise his amended complaint to provide a more definite statement of his allegations. Specifically, the defendants contend that the date of the alleged assault on the plaintiff is unclear. In the complaint, the plaintiff states that he was assaulted by another inmate on May 3, 1999. In the amended complaint, however, he claims that he was assaulted on May 3, 2002. He also alleges that he was also assaulted at some point in October 1999.

The defendants' Motion for More Definite Statement [doc. # 12] is **GRANTED**. The plaintiff is directed to file a second amended complaint which includes allegations clarifying the date of the first assault as well as the date of the second assault. The plaintiff shall file the amended complaint within **thirty days** of the date of this ruling. The Clerk is directed to mail an amended complaint form to the plaintiff with a copy of this ruling.

SO ORDERED in New Haven, Connecticut, this 4th of February, 2004.

Joan G. Margolis
United States Magistrate Judge