Case No: 3:02CV764 (JBA)(JGM)

Michael Mitchell

V.

Warden George Wezner, et Al.

United States District Court
District Of Connecticut

March 5, 2004

FILED
2004 MAY -6 P 6:02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MAR 10 2004

## MOTION FOR CONTINUANCE FOR AMENDED PETITION

The plaintiff in the above-captioned case respectfully moves for this court to grant this motion for a continuance in the filing of a second amended petition, which has been so ordered by this court.

The plaintiff submits the follow reasons for basis why such continuance is necessary:

1.) That the plaintiff has been transferred from two separate facilities within the past sixty (60) days, and in the process of being transferred that certain particular items, such as the plaintiff's legal material, which contain pertinent information relevant to this matter, have been misplaced

2.) That without said legal material this plaintiff cannot adequately respond to this courts order until such time that his legal material is recovered and returned to him by members of the Department of Corrections involved in locating said legal material.

3.) That this plaintiff did not receive the notice from this court informing him of this courts order to resubmit a second amended petition until March 5, 2004, at which time the notice was delivered to this plaintiff by a Lt. Woolsworth at Corrigan C.I., not MacDougall C.I. where the notice of order was addressed to.

For the above-mentioned reasons the plaintiff submits to this court that the requested motion should be granted and prays this court grant continuance to this plaintiff.

Respectfully Submitted: _Michael Mitchell_
The Plaintiff

After hearing upon the foregoing Motion, it is hereby ordered:

Granted / Denied
By The Court

Judge: _____

## CERTIFICATION

This is to certify that a copy of the foregoing motion has been mailed to the All defendants in this matter in care of the Attorney Generals Office.

Sent To: Matthew Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105-2294
For The Defendants

_Michael Mitchell_
The Plaintiff