UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAY -6  P 6: 02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Michael Mitchell
Name of Plaintiff/Petitioner

v.

Case No. 3:02cv764(JBA)(JGM)

Warden George Wezner, ET AL
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Mr. Michael Mitchell

   Your present mailing address: Corrigan C.I. 986 Norwich-New London TNPK., Uncasville CT. 06382

   Telephone number: (   )

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. N/A Incarcerated Since 1989

Date last worked: _____

Weekly earnings: _____

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? _None_
   
   b) interest, dividends, rents or investments of any kind? _None_
   
   c) gifts or inheritances of any kind? _Approximately #200.00 (from family/friend)_

6. How much money do you have in any checking or savings account(s)?

   Checking: _____
   
   Savings: _____
   
   Prison account: _.48 cents_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ____ NO _✓_

   If YES, describe the property and state the approximate value: _____
   
   _____
   
   _____

8. How much money do you owe others? _None_

   For each debt, state the name of the creditor and the amount owed:
   CREDITOR                                                      AMOUNT OWED
   
   _____                          _____
   
   _____                          _____
   
   _____                          _____
   
   _____                          _____
   
   _____                          _____

2

9. List the persons who depend upon you for support, and state your relationship to them.

_____N/A_____

_____

_____

_____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ___ N/A

If the answer is YES, please provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. The plaintiff in this matter has been incarcerated since May of 1989 up until the present. During this time the plaintiff has only been institutionally employed at a maxium pay of 80 cents a day and therefore, is not in a position financially to afford to retain an attorney's service.

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. It is my claim that the defendants named in this complaint acted with neglect and careless disregard for my safety

(Additional space on next page)

3

when this plaintiff made them aware that he was in danger and feared for his safety. This ultimately allowed the plaintiff to later be severely assaulted by another prisoner with multiple razorblades. The plaintiff is now visibly scarred and experiences mental anguish because of this.

### EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name  Tara Knight

   Date you contacted this attorney  Sept. 2001 / April 2003

   Method of contact (in person, by telephone, etc.)  Written Correspondence / Telephone

   Reason why attorney was not employed to handle your case  Uninterested or preoccupied with private practice cases already in progress

   b) Attorney's name  Jacobs, Grudberg, Belt and Dow

   Date you contacted this attorney  April 2003

   Method of contact (in person, by telephone, etc.)  Written Correspondence

   Reason why attorney was not employed to handle your case  Uninterested or preoccupied with private practice cases already in progress.

    c) Attorney's name Katrena Engstrom (Offices of Williams and Pattis)

    Date you contacted this attorney May 1999 / May 2003

    Method of contact (in person, by telephone, etc.) Written Correspondence

    Reason why attorney was not employed to handle your case Did not Respond.

15. Explain any other efforts you have made to obtain an attorney to handle your case.

Requested Services of Inmate Legal Assistance. They do not make in court appearances and are limited in what assistance they are allowed to provide. Would not be able to make in-court appearances before a Magistrate or Jury per contract with Department of Corrections.

16. Please provide any other information which supports your application for the court to appoint counsel. The plaintiff is not knowledgeable about Civil pratice, and therefore, is not likely to have success in this matter particularly when it comes to filing of necessary motions and other pertinent legal documentation, or interpreting Civil Law. The plaintiff should not be deprived of opportunity to bring forth successful claim simply because of inability to comprehend civil law and lack of resources pertaining to such law.

17. Do you need a lawyer who speaks a language other than English?
YES ___ NO ✓

If you answered YES, what language do you speak? _____

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

3-31-04
Date

*Michael Mitchell*
Original Signature of Movant

Corrigan C.I.
986 Norwich - New London TNPK
Uncasville, CT. 06382
Printed Name and Address of Movant

6

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Matthew Beizer — For the defendants
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105-2294

_Michael Mitchell_
Original Signature of Movant