UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL MITCHELL

v.

WARDEN GEORGE WEZNER, et al.

Case No.   PRISONER
3:02CV764 (JBA) (JGM)

## RULING AND ORDER

On February 4, 2004, the Court granted the defendants' motion for more definite statement and ordered the plaintiff to file an amended complaint within thirty days of the court's ruling. The plaintiff did not file an amended complaint within the time specified. On May 6, 2004, the plaintiff filed a motion for extension of time to file the amended complaint. To date, the plaintiff has not filed the amended complaint. The plaintiff's motion for extension of time is granted. The plaintiff shall file his amended complaint on or before October 29, 2004. Failure to file an amended complaint within the time specified will result in dismissal of this action without further notice of this court.

The plaintiff also seeks the appointment of pro bono counsel. The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991). The plaintiff states that he sent letters to two attorneys in April 2003, both of whom declined representation and to one attorney in May 2003, who did not respond. The plaintiff's

three attempts to secure counsel over a year ago are not sufficient to demonstrate to the court that the plaintiff is unable to find an attorney on his own. The plaintiff also indicates that he contacted the Inmates' Legal Assistance Program, but the Program is not permitted to represent inmates pursuant to its contract with the Department of Correction. Although Inmates' Legal Assistance may not be able to represent the plaintiff in this action, the program is available to assist the plaintiff in answering questions concerning discovery issues, researching legal issues and drafting motions and memoranda.

The possibility that the plaintiff may be able to secure legal assistance or counsel independently precludes appointment of counsel by the court at this time. Accordingly, plaintiff's motion for appointment of counsel is denied without prejudice. Any renewal of a motion for appointment of counsel shall be accompanied by a summary of the plaintiff's attempts to obtain counsel or legal assistance from the Inmates' Legal Assistance Program. The summary of attempts to obtain legal assistance should include the reasons why assistance was unavailable.

## Conclusion

The plaintiff's Motion for Appointment of Counsel [**doc. # 17**] is **DENIED** without prejudice. The plaintiff's Motion for Extension of Time [**doc. # 16**] to file an amended complaint is **GRANTED**. The plaintiff is directed to file a second amended complaint which includes allegations clarifying the date of the first assault as well as the date of the second assault. **The plaintiff shall file his amended complaint on or before October 29, 2004. Failure to file an amended complaint within the time specified will result in dismissal of this action without further notice of this court.** The

Clerk is directed to mail an amended complaint form to the plaintiff with a copy of this ruling.

SO ORDERED in New Haven, Connecticut, this 5th of October, 2004.

Joan G. Margolis
United States Magistrate Judge