UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MITTCHELL                           :
                                    :           PRISONER
V.                                  :    CASE NO. 3:02CV764(JBA)
                                    :
WEZNER, ET AL                       :

### ORDER OF DISMISSAL

On October 5, 2004, the Court granted plaintiff's Motion for Extension of Time to File Second Amended Complaint [doc. #16], as follows:

> "Plaintiff shall file his amended complaint on or before 10/29/04. Failure to do so will result in dismissal of this action."

To date, plaintiff has neither filed his Amended Complaint nor moved to extend the time to do so.

In light of the above, and pursuant to D. Conn. L. Civ. R. 41(b) [failure to properly prosecute] this matter is hereby DISMISSED.

The Clerk is directed to close this case.

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: April 18, 2005